CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
MAR 31 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ERNEST FREDERICK HODGES,** ) | Civil Action No. 7:08cv00240 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **MEMORANDUM OPINION** | |
| ) | | |
| **UNITED STATES OF AMERICA,** ) | By: Samuel G. Wilson | |
| Respondent. ) | United States District Judge | |

Petitioner, Ernest Frederick Hodges, a federal inmate proceeding pro se, filed this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241. By Order entered March 20, 2008, the court notified Hodges of the court's intention to construe and address his submission as a motion pursuant to § 2255, unless he expressly objected to the court's intended construction within ten (10) days. See Castro v. United States, 540 U.S. 375 (2003) (requiring court to give petitioner opportunity to elect whether criminal motion be addressed as § 2255 motion). Hodges filed an objection to the court's construction of the submitted petition as a § 2255 and, based on this response, the court dismissed his § 2255 action without prejudice. See Criminal Case No. 7:05cr00040. Accordingly, the court will consider his claims under § 2241.

The proper venue for a § 2241 petition is the district in which the petitioner is incarcerated. In re Jones, 226 F.3d 328, 332 (4th Cir. 2000). Hodges is currently housed at a Federal Correctional Institution in Cumberland, Maryland. Because he is not incarcerated in this district, therefore, this court does not have jurisdiction to consider his claims under § 2241. Accordingly, the court will dismiss his petition for lack of jurisdiction.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to petitioner.

ENTER: This 31st day of March, 2008.

United States District Judge